1  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
2  A Professional Corporation
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:   310.553.0308

5  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
6  LITTLER MENDELSON
   A Professional Corporation
7  50 W. San Fernando Street, 15th Floor
   San Jose, CA  95113-2431
8

9  Attorneys for Defendant
   FEDEX FREIGHT, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

| ROY D. TAYLOR, ARLETHA FLUD, THOMAS J. WOOD, ERNEST C. HARVEY, II, individually, and on behalf of all other similarly situated,, | Case No.  5:10-CV-02118 LHK |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER REGARDING MEDIATION** |
| v. | |
| FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 20, inclusive, | |
| Defendant. | |

WHEREAS, the parties were previously ordered by this Court to attend mediation in January 2011;

WHEREAS, the parties worked together with the mediator to come up with a mutually agreeable date, but given the schedules of counsel and the mediator, no date was available until February 17, 2011; and

WHEREAS, the parties have reserved February 17, 2011 as a mediation date for the above-entitled matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Roy Taylor, Arletha Flud, Thomas Wood and Ernest Harvey and Defendant FedEx Freight, Inc., through their respective counsel, and subject to approval by the Court, that the date for mediation can be extended to February 17, 2011. There have been no prior requests for extension of the mediation completion date, and continuation of the date to February 17, 2011, does not affect any other dates previously set by the Court.

Dated: January 25, 2011

/s/
MICHELLE B. HEVERLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FEDEX FREIGHT WEST, INC.

Dated: January 25, 2011

/s/
MICHELLE LUNDE
LAW OFFICES OF MICHAEL L. CARVER
Attorneys for Plaintiffs

### ORDER

The Court having reviewed the foregoing joint stipulation, IT IS HEREBY ORDERED as follows:

The mediation of the above captioned case must completed by February 17, 2011.

Dated: January 31, 2011

*[signature]* HONORABLE LUCY KOH

Firmwide:99742291.1 057116.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.   Case No. 5:10-CV-02118 LHK

JOINT STIPULATION AND PROPOSED ORDER REGARDING MEDIATION