1  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
2  A Professional Corporation
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:    310.553.0308

5  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
6  LITTLER MENDELSON
   A Professional Corporation
7  50 W. San Fernando Street, 15th Floor
   San Jose, CA  95113-2431

8

9  Attorneys for Defendant
   FEDEX FREIGHT, INC.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15 | ROY D. TAYLOR, ARLETHA FLUD, | Case No.  5:10-CV-02118 LHK |
   | THOMAS J. WOOD, ERNEST C. | |

16 | HARVEY, II, individually, and on behalf | **JOINT STIPULATION AND** |
   | of all other similarly situated,, | **PROPOSED ORDER REGARDING** |
   | | **IN-PERSON MEDIATION SESSION** |
17 | Plaintiff, | **TO BE HELD AFTER DISPOSTIVE** |
   | | **MOTIONS** |
18 | v. | |

19 | FEDEX FREIGHT, INC., an Arkansas | |
   | Corporation, and DOES 1 through 20, | |
20 | inclusive, | |

21 | Defendant. | |

22

23        WHEREAS, the parties have previously mediated this case on two occasions, most

24  recently on February 17, 2011, before private mediator Lisa Klerman;

25        WHEREAS, the parties were unsuccessful in settling the matter at the time of the

26  mediation, but have continued to have discussions through Ms. Klerman regarding resolution of the

27  case; and

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Case Number 5:10-CV-02118 LHK

JOINT STIPULATION AND PROPOSED ORDER REGARDING POST MOTION MEDIATION

1    WHEREAS, the parties agree that any settlement discussions will be more productive

2    after the proposed dispositive motions (cross motions for summary judgment/adjudication and

3    Defendant's motion for decertification) have been filed and heard;

4    WHEREAS, at the Case Management Conference hearing held on March 2, 2011,

5    this Court ordered that the parties continue settlement discussions and that they attend another in-

6    person mediation session following motion practice;

7    WHEREAS, the parties agree that they will participate in telephonic medication

8    discussions through Ms. Klerman after the filing of the aforementioned motions;

9    WHEREAS, the parties agree that they will attend an in-person mediation following

10   the hearing on those motions, which the parties agreed to set for June 7, 2011.

11   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

12   between Plaintiffs Roy Taylor, Arletha Flud, Thomas Wood and Ernest Harvey and Defendant

13   FedEx Freight, Inc., through their respective counsel, and subject to approval by the Court, that the

14   date for the in-person mediation be set for June 7, 2011.  The parties and Ms. Klerman are available

15   on this date.

16   Dated: March 9, 2011

17                                                              _____/s/_____
                                                               MICHELLE B. HEVERLY
18                                                             LITTLER MENDELSON
                                                               A Professional Corporation
19                                                             Attorneys for Defendant
                                                               FEDEX FREIGHT WEST, INC.
20

21   Dated:  March 9, 2011

22

23

24                                                              _____/s/_____
                                                               JAMES ASHWORTH
25                                                             LAW OFFICES OF MARY ALICE
                                                               COLEMAN
26                                                             Attorneys for Plaintiffs

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.                          Case No. 5:10-CV-02118 LHK

JOINT STIPULATION AND PROPOSED ORDER REGARDING POST MOTION MEDIATION

1

**ORDER**

2    The Court having reviewed the foregoing joint stipulation, IT IS HEREBY

3    ORDERED as follows:

4    The in-person mediation of the above captioned case shall be held on June 7, 2011.

5

6    Dated:  March _11_ _, 2011                     _Lucy H. Koh_

7    Firmwide:100587612.1 057116.1001                 HONORABLE LUCY KOH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.                        Case No. 5:10-CV-02118 LHK

JOINT STIPULATION AND PROPOSED ORDER REGARDING POST MOTION MEDIATION