UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROY D. TAYLOR, ARLETHA FLUD, THOMAS J. WOOD, ERNEST C. HARVEY, II, Individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 20, et al.,<br><br>                Defendants. | Case No.: 10-CV-02118-LHK<br><br>ORDER AMENDING CASE SCHEDULE IN LIGHT OF SETTLEMENT |

On June 10, 2011, the parties filed a joint statement indicating that they have reached a settlement, conditioned upon Court approval. In light of this, the Court modifies the case schedule as follows:

A Further Case Management Conference will be held August 10, 2011 at 2:00 p.m.

Motion for Preliminary Approval of Class Settlement shall be filed by July 15, 2011. This motion is set for hearing on September 1, 2011 at 1:30 p.m. If possible, the Court will decide the motion on the papers and vacate the hearing.

All other case deadlines previously set are hereby suspended.

1   **IT IS SO ORDERED.**

2   Dated: June 10, 2010

3   _____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02118-LHK
ORDER AMENDING CASE SCHEDULE IN LIGHT OF SETTLEMENT

United States District Court
For the Northern District of California