1  KEITH A. JACOBY, Bar No. 150233
   LITTLER MENDELSON
2  A Professional Corporation
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:    310.553.0308

5  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
6  LITTLER MENDELSON
   A Professional Corporation
7  50 W. San Fernando Street, 15th Floor
   San Jose, CA  95113-2431
8

9  Attorneys for Defendant
   FEDEX FREIGHT, INC.
10

11 LAW OFFICE OF MARY-ALICE COLEMAN
   MARY-ALICE COLEMAN, SBN 98365
   JAMES C. ASHWORTH, SBN 151272
12 1109 Kennedy Place, Suite 2
   Davis, California  95616
13 Telephone:  (916) 498-9131
   Facsimile:  (916) 304-0880
14

15 LAW OFFICES OF MICHAEL L. CARVER
   MICHAEL L. CARVER, SBN 173633
16 MICHELLE M. LUNDE, SBN 246585
   1600 Humboldt Road, Suite 3
17 Chico, California  95928
   Telephone:  (530) 891-8503
18 Facsimile:  (530) 891-8512

19
   Attorneys for Plaintiffs, ROY D. TAYLOR,
20 ARLETHA FLUD, THOMAS J. WOOD,
   ERNEST C. HARVEY, II, individually,
21 and on behalf of all others similarly situated

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Case Number 5:10-CV-02118 LHK

JOINT STIPULATION AND PROPOSED ORDER REGARDING MODIFYING SCHEDULING ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROY D. TAYLOR, ARLETHA FLUD, THOMAS J. WOOD, ERNEST C. HARVEY, II, individually, and on behalf of all other similarly situated,, <br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 5:10-CV-02118 LHK<br><br>**JOINT STIPULATION AND <s>PROPOSED</s> ORDER REGARDING THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT FILING DEADLINE**<br>AS MODIFIED |

WHEREAS, the parties were previously ordered by this Court on June 10, 2011 to file the Motion for Preliminary Approval of Class Settlement by July 15, 2011 with a hearing date set for September 1, 2011;

WHEREAS, the information regarding the breakdown of class members in various positions and the number of work weeks in each position is a relevant fact necessary for Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement;

WHEREAS, Defendant FedEx Freight, Inc. has been diligently working on getting the complete information regarding the class members to incorporate into Plaintiffs' motion, but has not completed that task;

WHEREAS, the parties believe a one week extension is necessary to finish gathering the necessary information, incorporate it into the papers and finalize the papers related to the Motion for Preliminary Approval of Class Settlement.  The parties further stipulate that the case management conference and the hearing date previously set by this Court shall remain on calendar.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Roy Taylor, Arletha Flud, Thomas Wood and Ernest Harvey and Defendant FedEx Freight, Inc., through their respective counsel, and subject to approval by the Court, that the date to file the Motion for Preliminary Approval of Class Settlement be extended to July 22, 2011. There have been no prior requests for extension of this filing deadline, and continuation of the filing date to July 22, 2011, does not affect the August 10, 2011 case management conference date or the September 1, 2011 hearing date previously set by the Court. Further extensions will be disfavored.

Dated: July 13, 2011

/s/
MICHELLE B. HEVERLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FEDEX FREIGHT, INC.

Dated: July 13, 2011

/s/
MICHAEL L. CARVER
LAW OFFICES OF MICHAEL L. CARVER
Attorneys for Plaintiffs

### ORDER

The Court having reviewed the foregoing joint stipulation, IT IS HEREBY ORDERED as follows:

The Motion for Preliminary Approval of Class Settlement of the above captioned case must filed by July 22, 2011. All other deadlines previously set by the Court's June 10, 2011 Order shall remain on calendar.

Dated: July 14, 2011

*Lucy H. Koh*
HONORABLE LUCY KOH

Firmwide:102749664.1 057116.1001

3.   Case No. 5:10-CV-02118 LHK
JOINT STIPULATION AND PROPOSED ORDER REGARDING MODIFYING SCHEDULING ORDER
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308